```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 08983
   JAIME ZAMORA
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7509

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/27/2006 and was confirmed 09/20/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI UNSECURED           2802.92           .00           .00
DAIMLER CHRYSLER         SECURED                 .00           .00           .00
NORTH SHORE HOLDINGS     CURRENT MORTG          .00            .00           .00
WASHINGTON MUTUAL        CURRENT MORTG          .00            .00           .00
WASHINGTON MUTUAL        MORTGAGE ARRE     12867.96           .00       3032.45
B-REAL LLC               UNSECURED          1913.53           .00            .00
CAPITAL ONE BANK         UNSECURED         NOT FILED          .00            .00
CAPITAL ONE              UNSECURED          1354.34           .00            .00
CESI                     UNSECURED         NOT FILED          .00            .00
CHASE MANHATTAN EDUCATIO UNSECURED         NOT FILED          .00            .00
CITGO OIL                UNSECURED         NOT FILED          .00            .00
CITIFINANCIAL            UNSECURED         NOT FILED          .00            .00
CITIFINANCIAL            UNSECURED         NOT FILED          .00            .00
DISCOVER                 UNSECURED         NOT FILED          .00            .00
MERRICK BANK             UNSECURED         NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT        25.25           .00          25.25
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       3,105.00                     3,105.00
TOM VAUGHN               TRUSTEE                                          427.30
DEBTOR REFUND            REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE             6,590.00

PRIORITY                                    25.25
SECURED                                  3,032.45
UNSECURED                                     .00
ADMINISTRATIVE                           3,105.00
TRUSTEE COMPENSATION                       427.30
DEBTOR REFUND                                 .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 08983 JAIME ZAMORA
```

```
                                   ---------------      ---------------
TOTALS                                    6,590.00             6,590.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 11/19/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```